Jonathan M. Cohen (SBN 168207)
Daniel F. Bailey (SBN 205888)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: jcohen@winston.com
       dbailey@winston.com

Attorneys for Defendants/Counter-Claimants
CRAMELE RECAS PROD SRL incorrectly named
herein as S.C. CRAMELE RECAS S.A.;
PROVINUM SR; PHILIP COX; and BASIL ZARNOVEANU

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| TI BEVERAGE GROUP, LTD., a Delaware corporation dba TRANSYLVANIA IMPORTS; MICHAEL MACHAT, an Individual,<br><br>    Plaintiffs,<br>v.<br><br>S.C. CRAMELE RECAS S.A., a Romanian company; PROVINUM SR, a Romanian company; PHILIP COX, an Individual; BASIL ZARNOVEANU, an Individual, and DOES 1-10, inclusive,<br><br>    Defendants.<br><br>AND RELATED CASE. | Case No. CV-06-7793 VBF (JWJx)<br><br>**ORDER GRANTING MOTION TO ALTER OR AMEND JUDGMENT**<br><br>Date: February 11, 2008<br>Time: 1:30 p.m.<br>Place: Courtroom 9<br>Judge: The Honorable Valerie Baker Fairbank |

IT IS HEREBY ORDERED that the judgment executed on December 20, 2007 be vacated and that the judgment attached as Exhibit A and incorporated herein by reference be adopted as the judgment.

Dated: February 6, 2008

_____
The Honorable Valerie Baker Fairbank

SF:192880.1

1

**[PROPOSED] ORDER GRANTING MOTION TO ALTER OR AMEND JUDGMENT**